UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-62380-RAR/STRAUSS

**GARY JOHN FRANCIONE,** *et al.*,

    Plaintiffs,

v.

**ANTONIO'S RISTORANTE LLC**, *et al.*,

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AWARDING ATTORNEYS' FEES AND COSTS

**THIS CAUSE** comes before the Court on United States Magistrate Judge Jared M. Strauss's Report and Recommendation, [ECF No. 55] ("Report"), on Plaintiffs' Bill of Costs, [ECF No. 52] ("Cost Motion"), and Plaintiffs' Verified Motion for Attorney's Fees and Costs Pursuant to 29 U.S.C. § 216(b), [ECF No. 53] ("Fee Motion"), both of which were filed on August 28, 2023. The Report recommends awarding Plaintiffs attorneys' fees in the amount of $19,400 and awarding Plaintiffs their costs in the amount of $727, for a total award in the amount of $20,127. Report at 12–13. Defendants failed to respond to the Cost Motion and Fee Motion—and have not filed any objections to the Report. Report at 1.

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). When no party has timely objected, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's note to 1983 addition (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S.

140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate[] [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." (emphasis in original; alterations added)).   In any event, the "[f]ailure to object to the magistrate [judge]'s factual findings after notice precludes a later attack on these findings."   *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

Because the Motions are unopposed, and no objections have been filed, the Court considers it appropriate to review the Report for clear error.   Finding none after having carefully reviewed Plaintiffs' Motions, the Report, the factual record, the applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report, [ECF No. 55], is **AFFIRMED AND ADOPTED**.
2. Plaintiffs' Cost Motion, [ECF No. 52], is **GRANTED IN PART AND DENIED IN PART.**   Plaintiffs are awarded $727 in costs.
3. Plaintiffs' Fee Motion, [ECF No. 53], is **GRANTED IN PART AND DENIED IN PART.**   Plaintiffs are awarded $19,400 in attorneys' fees.

**DONE AND ORDERED** in Miami, Florida, this 19th day of October, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**